The Dominion Club, L.C.
Top 48 Unsecured Creditors

| Count | Name of creditor and complete mailing address including zip code | Telephone, fax number and email address | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|---|
| 1 | Alvin Van Horn<br>5500 Belstead Court<br>Glen Allen, VA  23059 | p: (804) 364-8842<br>avhvanhorn@aol.com | Refundable Deposit<br>(Active Member) | | $ 29,000 |
| 2 | Frank Garrett<br>6223 New Harvard Lane<br>Glen Allen, VA  23059 | p: (804) 360-8188<br>frankgarrett@comcast.net | Refundable Deposit<br>(Active Member) | | 29,000 |
| 3 | Gary Ackerman<br>12115 Belstead Drive<br>Glen Allen, VA  23059 | p: (804) 364-7235<br>GLADVM@comcast.net | Refundable Deposit<br>(Active Member) | | 29,000 |
| 4 | Gene Ladin<br>10824 Dominion Fairways Drive<br>Glen Allen, VA  23059 | p: (804) 364-2447<br>f:  (804) 364-5561<br>GABAZDOG@aol.com | Refundable Deposit<br>(Active Member) | | 29,000 |
| 5 | Gilbert Clough<br>11904 Lerade Court<br>Glen Allen, VA  23059 | p: (804) 550-2473<br>gp_clough@yahoo.com | Refundable Deposit<br>(Resigned Member) | | 29,000 |
| 6 | James Newins<br>6124 Chadsworth Terrace<br>Glen Allen, VA  23059 | p: (804) 360-9401<br>CHNew@aol.com | Refundable Deposit<br>(Active Member) | | 29,000 |
| 7 | Joshua Jeyasingh<br>11306 Shorecrest Lane<br>Chesterfield, VA  23838 | p: (804) 717-8377 | Refundable Deposit<br>(Resigned Member) | | 29,000 |
| 8 | Michael Bauersachs<br>12180 Morestead Court<br>Glen Allen, VA  23059 | p: (804) 364-4955<br>mbauersachs@comcast.net | Refundable Deposit<br>(Active Member) | | 29,000 |
| 9 | Ronald Felmus<br>3701 Barrington Bridge Place<br>Richmond, VA  23233 | p: (804) 290-0830 | Refundable Deposit<br>(Active Member) | | 29,000 |
| 10 | Wylie P. Schwieder<br>5905 Brookmeade Terrace<br>Glen Allen, VA  23059 | p: (804) 360-0715 | Refundable Deposit<br>(Resigned Member) | | 29,000 |
| 11 | Bernard Mantlo<br>10389 Morning Dew Lane<br>Mechanicsville, VA  23116 | p: (804) 550-0190<br>f:  (804) 219-2895<br>bernardmantlo@gmail.com | Refundable Deposit<br>(Resigned Member) | | 26,000 |
| 12 | Brian Gagliardi<br>5521 Summer Creek Way<br>Glen Allen, VA  23059 | p: (804) 364-4797 | Refundable Deposit<br>(Resigned Member) | | 26,000 |

The Dominion Club, L.C.
Top 48 Unsecured Creditors

| Count | Name of creditor and complete mailing address including zip code | Telephone, fax number and email address | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|---|
| 13 | Carey Donovan<br>2600 Kleindale Place<br>Richmond, VA 23233 | p: (804) 364-2759 | Refundable Deposit<br>(Resigned Member) | | 26,000 |
| 14 | Charles Dahl<br>5631 Country Hills Lane<br>Glen Allen, VA 23059 | p: (804) 360-0496<br>dahlcharles@comcast.net | Refundable Deposit<br>(Resigned Member) | | 26,000 |
| 15 | Chris Robertson<br>5124 Austin Healey Drive<br>Glen Allen, VA 23059 | p: (804) 474-5291<br>taneyrob@me.com | Refundable Deposit<br>(Resigned Member) | | 26,000 |
| 16 | David Bruce<br>11029 Treyburn Drive<br>Glen Allen, VA 23059 | p: (804) 360-5136<br>DavidBruce@SkyeBruce.com | Refundable Deposit<br>(Active Member) | | 26,000 |
| 17 | David Lohr<br>12145 Morestead Court<br>Glen Allen, VA 23059 | p: (804) 364-5436<br>LOHRVT@Mindspring.com | Refundable Deposit<br>(Active Member) | | 26,000 |
| 18 | Delores Davies<br>5616 Stoneacre Place<br>Glen Allen, VA 23059 | p: (804) 360-8260<br>dee.davies@yahoo.com | Refundable Deposit<br>(Active Member) | | 26,000 |
| 19 | Don Hardwick<br>2221 Wake Spring Court<br>Raleigh, NC 27614 | p: (919) 570-8645<br>ADHardwick@aol.com | Refundable Deposit<br>(Resigned Member) | | 26,000 |
| 20 | Don Mace<br>5968 Old Greenway Drive<br>Glen Allen, VA 23059 | p: (804) 364-8353<br>donmace@aol.com | Refundable Deposit<br>(Active Member) | | 26,000 |
| 21 | Donald Nocero<br>36 Major Ginter Court<br>Richmond, VA 23227 | p: (804) 200-1477 | Refundable Deposit<br>(Resigned Member) | | 26,000 |
| 22 | Doug Fritz<br>Richmond International Raceway<br>P.O. Box 9257<br>Richmond, VA 23227 | p: (804) 329-7923<br>dfritz@rir.com | Refundable Deposit<br>(Active Member) | | 26,000 |
| 23 | Ed Hodges<br>12608 Cutler Ridge Drive<br>Richmond, VA 23233 | p: (804) 364-6047<br>rahebh@mindspring.com | Refundable Deposit<br>(Resigned Member) | | 26,000 |
| 24 | Ed Steiner<br>10829 Cherry Hill Drive<br>Glen Allen, VA 23059 | p: (804) 360-9105<br>efsteiner@comcast.net | Refundable Deposit<br>(Active Member) | | 26,000 |

The Dominion Club, L.C.
Top 48 Unsecured Creditors

| Count | Name of creditor and complete mailing address including zip code | Telephone, fax number and email address | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|---|
| 25 | Gary Popovich<br>8213 Glamis Court<br>Chesterfield, VA  23838 | p: (804) 986-9735 | Refundable Deposit<br>(Resigned Member) | | 26,000 |
| 26 | Greg Long<br>12301 Duncannon Court<br>Glen Allen, VA 23059 | p: (804) 360-9496<br>tcglong@comcast.net | Refundable Deposit<br>(Active  Member) | | 26,000 |
| 27 | Greg Wilcox<br>5078 Willows Green Road<br>Glen Allen, VA  23059 | p: (804) 360-8978<br>GAWILCOX1@aol.com | Refundable Deposit<br>(Active  Member) | | 26,000 |
| 28 | Jay Stuckey<br>12126 Club Commons Drive<br>Glen Allen, VA  23059 | p: (804) 364-5091<br>ssjaysarah@msn.com | Refundable Deposit<br>(Active  Member) | | 26,000 |
| 29 | Jeff Selby<br>417 Helmsman Way<br>Severna Park, MD  21146 | p: (804) 364-1128<br>jeffselby@comcast.net | Refundable Deposit<br>(Resigned Member) | | 26,000 |
| 30 | John Gross<br>12300 Porsche Drive<br>Glen Allen, VA  23060 | p: (804) 360-2452<br>grossif@att.net | Refundable Deposit<br>(Active  Member) | | 26,000 |
| 31 | John Stokely<br>12112 Country Hills Court<br>Glen Allen, VA  23059 | p: (804) 360-8063<br>jestokely@mindspring.com | Refundable Deposit<br>(Resigned Member) | | 26,000 |
| 32 | Joseph Kienle<br>12104 Denford Court<br>Glen Allen, VA  23059 | p: (804) 364-9223<br>kienlejj@verizon.net | Refundable Deposit<br>(Active  Member) | | 26,000 |
| 33 | Lee Sansom<br>12325 Morning Creek Road<br>Glen Allen, VA  23059 | p: (804) 360-2585<br>leesansom@comcast.net | Refundable Deposit<br>(Active  Member) | | 26,000 |
| 34 | Leslie Kreisler<br>12004 Club Commons Drive<br>Glen Allen, VA  23059 | p: (804) 364-3030<br>lskreisler@verizon.net | Refundable Deposit<br>(Active  Member) | | 26,000 |
| 35 | Mark Bell<br>12309 Chadsworth Court<br>Glen Allen, VA  23059 | p: (804) 364-5171<br>va4bells@comcast.net | Refundable Deposit<br>(Active  Member) | | 26,000 |
| 36 | Martin Hansen<br>12121 Heatherford Place<br>Glen Allen, VA  23059 | p: (804) 364-8796<br>pmhansn@aol.com | Refundable Deposit<br>(Active  Member) | | 26,000 |

The Dominion Club, L.C.
Top 48 Unsecured Creditors

| Count | Name of creditor and complete mailing address including zip code | Telephone, fax number and email address | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|---|
| 37 | Patrick Martin<br>1722 Cloister Drive<br>Richmond, VA 23238 | p: (804) 740-0384<br>pmartin@nacolah.com | Refundable Deposit<br>(Active Member) | | 26,000 |
| 38 | Paul Cox<br>5912 Old Greenway Drive<br>Glen Allen, VA 23059 | p: (804) 364-8675<br>AndPaulC@aol.com | Refundable Deposit<br>(Resigned Member) | | 26,000 |
| 39 | Peter Wendt<br>12101 Morestead Court<br>Glen Allen, VA 23059 | p: (804) 360-8442<br>pwendt@kinlochgolfclub.com | Refundable Deposit<br>(Active Member) | | 26,000 |
| 40 | Ricardo Nunez<br>5429 Bennett Lane<br>Glen Allen, VA 23059 | p: (804) 934-9091<br>ricardojnunez@verizon.net | Refundable Deposit<br>(Active Member) | | 26,000 |
| 41 | Richard Zelenko<br>12129 Morestead Court<br>Glen Allen, VA 23059 | p: (804) 364-5031<br>rz99@comcast.net | Refundable Deposit<br>(Active Member) | | 26,000 |
| 42 | Robert Cotton<br>6221 Manor Park Court<br>Glen Allen, VA 23059 | p: (804) 360-7535 | Refundable Deposit<br>(Resigned Member) | | 26,000 |
| 43 | Robert Magnano<br>12341 Morning Creek Road<br>Glen Allen, VA 23059 | p: (804) 364-6030 | Refundable Deposit<br>(Active Member) | | 26,000 |
| 44 | Thomas DiMantova<br>2925 Summerchase Lane<br>Goochland, VA 23063 | p: (804) 556-6111<br>adimantova@comcast.net | Refundable Deposit<br>(Resigned Member) | | 26,000 |
| 45 | Tim O'Sullivan<br>12108 Denford Court<br>Glen Allen, VA 23059 | p: (804)364-2483<br>tosulliv@vcu.edu | Refundable Deposit<br>(Active Member) | | 26,000 |
| 46 | Tim Scott<br>6506 Mount Batten Court<br>Prospect, KY 40059 | p: (502) 333-0858<br>timpj@aol.com | Refundable Deposit<br>(Resigned Member) | | 26,000 |
| 47 | William M. Lane<br>Fox 35<br>1925 Westmoreland Street<br>Richmond, VA 23230 | p: (804) 360-2217<br>Blane@sbgnet.com | Refundable Deposit<br>(Resigned Member) | | 26,000 |
| 48 | William Manning<br>12300 Old Greenway Court<br>Glen Allen, VA 23059 | p: (804) 360-1822<br>wsmanning@verizon.net | Refundable Deposit<br>(Active Member) | | 26,000 |